Jon M. Sands
Federal Public Defender
District of Arizona
Jennifer Y. Garcia (AZ No. 021782)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone (602) 382-2816
Facsimile (602) 889-3960
jennifer_garcia@fd.org

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEROY MCGILL, | No. 19-99002 |
| Petitioner-Appellant, | District Court No. CV-12-1149-PHX-CKJ |
| v. | |
| DAVID SHININ, et al., | **Motion to Extend Time to File Petition for Rehearing and Rehearing En Banc** |
| Respondents-Appellees. | <u>Death-Penalty Case</u> |

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Petitioner-Appellant Leroy McGill respectfully requests an extension of time up to and including January 5, 2022, in which to file his petition for rehearing and rehearing en banc in this case. Undersigned counsel contacted Erin Bennett, counsel for Respondents-Appellees, and she stated that Respondents do not oppose the requested extension of time. This is Mr. McGill's first request for additional time.

**Declaration of Counsel**

1.      Mr. McGill's petition for rehearing and rehearing en banc is currently due on November 4, 2021. Counsel respectfully requests that this Court grant a sixty-two-day extension of time up to and including January 5, 2022, in which to file the petition.

2.      Mr. McGill's counsel is attempting to manage her pending cases in a manner consistent with her duties under the Sixth Amendment to the United States Constitution and the ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases (1989) and (2003). Although counsel has acted diligently to fulfill her obligations to her client and this Court, she cannot be adequately prepared to file the petition on Mr. McGill's behalf by the current deadline because she has a substantial need for the requested extension.

3.      Ms. Garcia is lead counsel on this case and ten other federal capital habeas corpus cases, and is co-counsel in two additional cases. In addition to her work on Mr. McGill's case and other case-related duties, she has upcoming deadlines for a petition for certiorari in one case and an amended habeas petition in another voluminous case to which she was recently added as co-counsel. She is also in charge of the committee and faculty for Arizona's annual statewide death-penalty defense seminar, scheduled for December 1st, 2nd, and 3rd. These responsibilities, coupled with her administrative duties in the office and the upcoming holidays,

prevent her from being able to complete the petition for rehearing and rehearing en banc in this case by the scheduled date.

4.    For the preceding reasons, Mr. McGill respectfully requests that the Court grant his motion for additional time in which to file his petition. The requested extension of time will allow counsel to draft and file the briefing in this case in addition to handling her other responsibilities. Mr. McGill's counsel has demonstrated good cause and substantial need giving rise to the request for additional time, and counsel avows that she will work diligently to file the response on January 5, 2022.

5.    Counsel for Mr. McGill contacted Respondents' counsel Erin Bennett, and she stated that Respondents do not oppose the requested extension of time.

### Conclusion

For the preceding reasons, Mr. McGill respectfully moves the Court to grant his unopposed request for additional time in which to complete his petition in this matter. Counsel anticipates that the briefing can be completed by the requested due date of January 5, 2022.

Respectfully submitted this 28th day of October, 2021.

Jon M. Sands
Federal Public Defender
District of Arizona

Jennifer Y. Garcia
Assistant Federal Public Defender

By s/Jennifer Y. Garcia
Counsel for Petitioner-Appellant

**Certificate of Service**

I hereby certify that on October 28, 2021, I electronically filed the foregoing Motion to Extend Time to File Petition for Rehearing and Rehearing En Banc with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Kat Esparza
Assistant Paralegal
Capital Habeas Unit